In the Matter of PAUL E. SKAVINA, an Attorney, Respondent. [832 NYS2d 833]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Apr. 4, 2007.)

 In the Matter of MARC J. HOPKINS, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [832 NYS2d 833]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Apr. 4, 2007.)